# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:15CR144 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| ANNETTE MAUREEN LUJAN, | ) | |
| | ) | |
| Defendant. | ) | |

UPON THE MOTION OF THE DEFENDANT, (Filing No. 32), and no objection from the government,

**IT IS ORDERED:**

1. The [32] Motion to Continue Trial (which the court construes as a Motion to Continue Change of Plea Hearing) is granted.

2. The Change of Plea hearing is continued to **November 3** at **2:00 p.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

3. For this defendant, the time between **today's date** and the **hearing** on the anticipated plea of guilty **is excluded** for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. 3161(h)(1).

4. This is the final extension of time for a Change of Plea Hearing. **No further continuances will be granted**.

5. Since this is a criminal case, the defendant must be present.

DATED this 1st day of October, 2015.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge