IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:15CR144 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| ANNETTE MAUREEN LUJAN, | |
| Defendant. | |

IT IS ORDERED that:

1. The defendant's unopposed Motion to Continue sentencing (filing 45) is granted.

2. Defendant Annette Maureen Lujan's sentencing is continued to March 17, 2016, at 1:30 p.m., before the undersigned United States District Judge, in Courtroom No. 4, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendant shall be present at the hearing.

Dated this 12th day of February, 2016.

BY THE COURT:

John M. Gerrard
United States District Judge