IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | 8:15-CR-144 |
| vs. | | JUDGMENT |
| ANNETTE MAUREEN LUJAN, | | |
| Defendant. | | |

In accordance with the accompanying Memorandum and Order, the defendant's motion to vacate under 28 U.S.C. § 2255 (filing 60) is dismissed.

Dated this 13th day of October, 2016.

BY THE COURT:

John M. Gerrard
United States District Judge